THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JENNIFER WILLIAMS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 1:17-CV-00465-CG-MU |
| | ) | |
| **PELICAN AUTO FINANCE, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT AND JOINT MOTION FOR ADDITIONAL TIME TO SUBMIT DISMISSAL PAPERS

COME NOW the Plaintiff, Jennifer Williams, and the Defendant, Pelican Auto Finance, LLC, and respectfully move this Court for the entry of an order to stay all proceedings, pending settlement. In support of this motion, the Moving Parties state that they have reached an agreement-in-principle to resolve this action as among themselves and have been working to memorialize their agreement. The parties jointly move this Court for the entry of an order to stay all proceedings, including any upcoming deadlines in the matter, and allow the parties forty-five (45) days to memorialize the settlement and submit appropriate dismissal papers.

1

Respectfully submitted this 14th day of December 2017.

| | |
|---|---|
| **/s/ Jeffrey D. Price** | **/s/ Graham Gerhardt** |
| Jeffrey D. Price | Graham W. Gerhardt |
| BEASLEY, ALLEN, CROW, METHVIN, | BRADLEY ARANT BOULT CUMMINGS, LLP |
| PORTIS & MILES, P.C. | One Federal Place |
| 218 Commerce Street | 1819 Fifth Avenue North |
| Montgomery, Alabama 36103 | Birmingham, Alabama 35203 |
| Telephone: (334) 269-2343 | Telephone: (205) 521-8000 |
| Facsimile: (334) 954-7555 | Facsimile: (205) 521-8800 |
| jeff.price@beasleyallen.com | ggerhardt@bradley.com |
| | |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |