IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| **JENNIFER WILLIAMS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO: 1:17-cv-00465** |
| ) | |
| **PELICAN AUTO FINANCE, LLC** ) | *TRIAL BY JURY REQUESTED* |
| ) | |
| **Defendants.** ) | |

## PARTIES JOINT STIPULATION OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Respectfully submitted

/s/ Jeffrey D. Price_____
RHON E. JONES (JON093)
JEFFREY D. PRICE (PRI086)
**ATTORNEYS FOR PLAINTIFF**

/s/ Graham Gerhardt
Graham W. Gerhardt
BRADLEY ARANT BOULT CUMMINGS, LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
ggerhardt@bradley.com
**ATTORNEY FOR PELICAN AUTO FINANCE, LLC**

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (Facsimile)
rhon.jones@beasleyallen.com
jeff.price@beasleyallen.com