IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER WILLIAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 17-0465-CG-MU |
| | ) |
| **PELICAN AUTO FINANCE, LLC,** | ) |
| | ) |
| Defendant. | ) |

### ORDER

The parties having filed a Joint Stipulation for Dismissal (Doc. 16)[1], all claims in this action are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear her or his own attorneys' fees and costs.

**DONE and ORDERED** this 29th day of January, 2018.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Defense counsel filed his Notice of Endorsement of the stipulation this date (Doc. 17) in compliance with Section II(C)(3) of the Administrative Procedures for Filing, Signing, and Verifying Pleadings and Documents by Electronic Means.